# UNITED STATES DISTRICT COURT
## District of Minnesota

Jenny Sanchez Caballero,

Petitioner,

v.

David Easterwood, Kristi Noem, and Pamela Bondi,

Respondents,

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: **26-cv-00456-DSD-DJF**

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The petition for writ of habeas corpus [ECF No. 1] is granted as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226;
2. Respondents shall provide petitioner a bond hearing in accordance with 8 U.S.C. § 1226(a)(2)(A) within seven days of the date of this order; and
3. Respondents are enjoined from removing, transferring, or otherwise facilitating the removal of petitioner from the District of Minnesota before the bond hearing.

Date: 2/2/2026

KATE M. FOGARTY, CLERK